NO. 07-07-0267-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

AUGUST 14, 2007

_____

MARTHA R. MARTINEZ,

Appellant

V.

DANNY HERMOSILLO,

Appellee

_____

FROM THE 285th DISTRICT COURT OF BEXAR COUNTY;

NO. 2006-CI-10123 and 2006-CI-14173; HON. JANET P. LITTLEJOHN, PRESIDING

_____

_____***MEMORANDUM OPINION***

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Martha R. Martinez perfected this appeal on June 8, 2007.  The appellate record was due on or about July 12, 2007.  Both the district clerk and court reporter have filed motions to extend the time to file their records because appellant apparently failed to pay or make arrangements to pay for them, as required by Texas Rules of Appellate Procedure 35.3(a)(1)(2) and 35.3(b)(3).  By letter dated July 31, 2007, we directed counsel for appellant to certify to this court, by August 10, 2007, that he had complied with rule of procedure 35.3(a)(1)(2).  So too was he informed that failure to meet that deadline would result in the dismissal of his appeal.  To date, this court has not received either the clerk's

record, the reporter's record, or notification that the records have been paid for or that arrangements have been made for payment.  Nor has this court received any request to postpone the dismissal date.  Furthermore, on August 2, 2007, the court reporter informed us that she had yet to even receive a request to prepare the record.

Consequently, we dismiss the appeal for want of prosecution.


Per Curiam